UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BARRY D. CLAPP, )
    Plaintiff, )
     )
v. )
     ) **JUDGMENT**
CAROLYN W. COLVIN, )
*Acting Commissioner of Social Security,* ) Case No. 7:14-CV-75-KS
    Defendant. )
     )

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's Motion for Judgment on the Pleadings [DE-26] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-30] is DENIED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on May 28, 2015, with electronic service upon:

H. Clifton Hester, *Counsel for Plaintiff*
Cathleen C. McNulty, *Counsel for Defendant*

                                                  **JULIE RICHARDS JOHNSTON,**
                                                  CLERK, U.S. DISTRICT COURT

May 28, 2015                      /s/ *Shelia Foell*
                                            (By): Shelia Foell, Deputy Clerk