IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-75-KS

| | | |
|---|---|---|
| BARRY D. CLAPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Having carefully considered Plaintiff's application for fees and supporting materials and Defendant's response thereto, the court finds an award of fees in the amount of $4,416.00 (24 hours x $184 per hour) to be warranted and reasonable.

IT IS, THEREFORE, ORDERED that the Commissioner shall pay the sum of $4,416.00 in full satisfaction of all claims for attorney's fees under the EAJA.

This 15th day of September 2015.

KIMBERLY A. SWANK
United States Magistrate Judge