UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BARRY D. CLAPP,
    Plaintiff,

v.

CAROLYN COLVIN,
*Acting Commissioner of Social Security*,
    Defendant.

**JUDGMENT**

Case No. 7:14-CV-75-KS

**Decision by Court.**

This matter is before the court on Plaintiff's application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner shall pay the sum of $4,416.00 in full satisfaction of all claims for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §2412 (d).

**This judgment filed and entered on September 15, 2015, with copies *electronically* served upon:**

**H. Clifton Hester**, *Counsel for Plaintiff*

**Cathleen C. McNulty,** *Counsel for Defendant*

**JULIE RICHARDS JOHNSTON,**
CLERK, U.S. DISTRICT COURT

September 15, 2015

/s/ *Shelia D. Foell*
(By): Shelia Foell, Deputy Clerk of Court